# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RANDLE LEE KERR | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## PAY ADVICE COVER SHEET FOR RANDLE LEE KERR
## 05//20/22 through 09/22/22

    The attached pay information is filed on behalf of the Debtor, Randle Lee Kerr, Sr. The pay advices were received as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| Mitchell Communications, Inc. | 05/20/2022 | 05/26/2022 |
| | 05/27/2022 | 06/02/2022 |
| | 06/03/2022 | 06/09/2022 |
| | 06/10/2022 | 06/16/2022 |
| | 06/17/2022 | 06/23/2022 |
| | 06/24/2022 | 06/30/2022 |
| | 07/01/2022 | 07/07/2022 |
| | 07/08/2022 | 07/14/2022 |
| | 07/15/2022 | 07/21/2022 |
| | 07/22/2022 | 07/28/2022 |
| | 07/29/2022 | 08/04/2022 |
| | 08/05/2022 | 08/11/2022 |
| | 08/12/2022 | 08/18/2022 |
| | 08/19/2022 | 08/25/2022 |
| | 08/26/2022 | 09/01/2022 |
| | 09/02/2022 | 09/08/2022 |
| | 09/09/2022 | 09/15/2022 |
| | 09/16/2022 | 09/22/2022 |

Dated this 4th day of October 2022.

                                                                        s/Kenneth L. Peacher
                                                                        Kenneth L. Peacher, OBA #6998
                                                                        4101 Perimeter Center Dr, Suite 200
                                                                        Oklahoma City, Ok. 73112
                                                                        (405) 917-5000 – Telephone
                                                                        (405) 917-5005 – Facsimile
                                                                        kpeacher@nashfirm.com – Email

                                                                        ATTORNEYS FOR DEBTOR

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | Check number: ACH060722K | Pay Period: 05/20/2022 - 05/26/2022 | Pay Date: 06/07/2022 |
|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 6,069.65 |
| Install Overtime Hourly Rate | 7.00 | 10.88 | 76.16 | 455.10 |
| Commission | 808.49 | 100.00% | 808.49 | 15,071.72 |
| Installer Vacation | | | | 174.00 |
| installation Holiday | | | | 58.00 |
| | 47.00 | | 1,174.65 | 21,828.47 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -87.00 | -1,385.00 |
| Social Security Employee | | | -72.83 | -1,353.37 |
| Medicare Employee | | | -17.03 | -316.51 |
| OK - Withholding | | | -43.00 | -736.00 |
| | | | -219.86 | -3,790.88 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Kerr Child Support #1 | | | -78.66 | -1,809.18 |
| Kerr Child Support #2 | | | -68.68 | -1,579.64 |
| Tools & Supplies | | | | -125.00 |
| Uniform | | | | -206.34 |
| | | | -147.34 | -3,720.16 |
| **Net Pay** | | | 807.45 | 14,317.43 |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

**Employee Pay Stub**  Check number: ACH061422J   Pay Period: 05/27/2022 - 06/02/2022   Pay Date: 06/14/2022

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 6,359.65 |
| Install Overtime Hourly Rate | 5.75 | 10.88 | 62.56 | 517.66 |
| Commission | 678.94 | 100.00% | 678.94 | 15,750.66 |
| Installer Vacation | | | | 174.00 |
| installation Holiday | | | | 58.00 |
| | 45.75 | | 1,031.50 | 22,859.97 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -70.00 | -1,455.00 |
| Social Security Employee | -63.95 | -1,417.32 |
| Medicare Employee | -14.96 | -331.47 |
| OK - Withholding | -36.00 | -772.00 |
| | -184.91 | -3,975.79 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -1,887.84 |
| Kerr Child Support #2 | -68.68 | -1,648.32 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -147.34 | -3,867.50 |

| Net Pay | 699.25 | 15,016.68 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | | Check number: ACH062122J | Pay Period: 06/03/2022 - 06/09/2022 | Pay Date: 06/21/2022 |
|---|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 6,649.65 |
| Install Overtime Hourly Rate | 6.10 | 10.88 | 66.37 | 584.03 |
| Commission | 826.54 | 100.00% | 826.54 | 16,577.20 |
| Installer Vacation | | | | 174.00 |
| installation Holiday | | | | 58.00 |
| | 46.10 | | 1,182.91 | 24,042.88 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -88.00 | -1,543.00 |
| Social Security Employee | -73.34 | -1,490.66 |
| Medicare Employee | -17.15 | -348.62 |
| OK - Withholding | -43.00 | -815.00 |
| | -221.49 | -4,197.28 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -1,966.50 |
| Kerr Child Support #2 | -68.68 | -1,717.00 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -147.34 | -4,014.84 |
| **Net Pay** | 814.08 | 15,830.76 |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| **Employee Pay Stub** | Check number: ACH062822J | Pay Period: 06/10/2022 - 06/16/2022 | Pay Date: 06/28/2022 |
|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 39.22 | 7.25 | 284.35 | 6,934.00 |
| Commission | 934.33 | 100.00% | 934.33 | 17,511.53 |
| Install Overtime Hourly Rate | | | | 584.03 |
| Installer Vacation | | | | 174.00 |
| installation Holiday | | | | 58.00 |
| | 39.22 | | 1,218.68 | 25,261.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -93.00 | -1,636.00 |
| Social Security Employee | -75.56 | -1,566.22 |
| Medicare Employee | -17.67 | -366.29 |
| OK - Withholding | -45.00 | -860.00 |
| | -231.23 | -4,428.51 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,045.16 |
| Kerr Child Support #2 | -68.68 | -1,785.68 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -147.34 | -4,162.18 |

| **Net Pay** | 840.11 | 16,670.87 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

---

**Employee Pay Stub**  Check number: ACH070522J   Pay Period: 06/17/2022 - 06/23/2022   Pay Date: 07/05/2022

**Employee**
Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 19.92 | 7.25 | 144.42 | 7,078.42 |
| Installer Vacation | 24.00 | 7.25 | 174.00 | 348.00 |
| Commission | 512.43 | 100.00% | 512.43 | 18,023.96 |
| Install Overtime Hourly Rate | | | | 584.03 |
| Installation Holiday | | | | 58.00 |
| | 43.92 | | 830.85 | 26,092.41 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -46.00 | -1,682.00 |
| Social Security Employee | -51.51 | -1,617.73 |
| Medicare Employee | -12.05 | -378.34 |
| OK - Withholding | -26.00 | -886.00 |
| | -135.56 | -4,564.07 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,123.82 |
| Kerr Child Support #2 | -68.68 | -1,854.36 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -147.34 | -4,309.52 |

| Net Pay | 547.95 | 17,218.82 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| **Employee Pay Stub** | Check number: ACH071222J | Pay Period: 06/24/2022 - 06/30/2022 | Pay Date: 07/12/2022 |
|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 38.35 | 7.25 | 278.04 | 7,356.46 |
| Commission | 685.14 | 100.00% | 685.14 | 18,709.10 |
| Install Overtime Hourly Rate | | | | 584.03 |
| Installer Vacation | | | | 348.00 |
| installation Holiday | | | | 58.00 |
| | 38.35 | | 963.18 | 27,055.59 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -62.00 | -1,744.00 |
| Social Security Employee | | | -59.72 | -1,677.45 |
| Medicare Employee | | | -13.97 | -392.31 |
| OK - Withholding | | | -33.00 | -919.00 |
| | | | -168.69 | -4,732.76 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Kerr Child Support #1 | | | -78.66 | -2,202.48 |
| Kerr Child Support #2 | | | -68.68 | -1,923.04 |
| Tools & Supplies | | | | -125.00 |
| Uniform | | | | -206.34 |
| | | | -147.34 | -4,456.86 |

| **Net Pay** | | | **647.15** | **17,865.97** |
|---|---|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | | Check number: ACH071922J | | Pay Period: 07/01/2022 - 07/07/2022 | Pay Date: 07/19/2022 |
|---|---|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 36.81 | 7.25 | 266.87 | 7,623.33 |
| Installation Holiday | 8.00 | 7.25 | 58.00 | 116.00 |
| Commission | 1,066.91 | 100.00% | 1,066.91 | 19,776.01 |
| Install Overtime Hourly Rate | | | | 584.03 |
| Installer Vacation | | | | 348.00 |
| | 44.81 | | 1,391.78 | 28,447.37 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -131.00 | -1,875.00 |
| Social Security Employee | -86.29 | -1,763.74 |
| Medicare Employee | -20.18 | -412.49 |
| OK - Withholding | -53.00 | -972.00 |
| | -290.47 | -5,023.23 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,281.14 |
| Kerr Child Support #2 | -68.68 | -1,991.72 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -147.34 | -4,604.20 |

| Net Pay | 953.97 | 18,819.94 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

**Employee Pay Stub**  Check number: ACH072622J   Pay Period: 07/08/2022 - 07/14/2022   Pay Date: 07/26/2022

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 7,913.33 |
| Install Overtime Hourly Rate | 11.43 | 10.88 | 124.36 | 708.39 |
| Commission | 928.59 | 100.00% | 928.59 | 20,704.60 |
| Installer Vacation | | | | 348.00 |
| installation Holiday | | | | 116.00 |
| | 51.43 | | 1,342.95 | 29,790.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -120.00 | -1,995.00 |
| Social Security Employee | -83.26 | -1,847.00 |
| Medicare Employee | -19.47 | -431.96 |
| OK - Withholding | -51.00 | -1,023.00 |
| | -273.73 | -5,296.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,359.80 |
| Kerr Child Support #2 | -68.68 | -2,060.40 |
| Gas, Tolls | -0.90 | -0.90 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| | -148.24 | -4,752.44 |

| Net Pay | 920.98 | 19,740.92 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | | Check number: ACH080222J | | Pay Period: 07/15/2022 - 07/21/2022 | Pay Date: 08/02/2022 |
|---|---|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 30.09 | 7.25 | 218.15 | 8,131.48 |
| Installation Sick Ok | 8.00 | 7.25 | 58.00 | 58.00 |
| Installer Vacation | 8.00 | 7.25 | 58.00 | 406.00 |
| Commission | 712.96 | 100.00% | 712.96 | 21,417.56 |
| Install Overtime Hourly Rate | | | | 708.39 |
| Installation Holiday | | | | 116.00 |
| | 48.09 | | 1,047.11 | 30,837.43 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -72.00 | -2,067.00 |
| Social Security Employee | | | -64.92 | -1,911.92 |
| Medicare Employee | | | -15.18 | -447.14 |
| OK - Withholding | | | -37.00 | -1,060.00 |
| | | | -189.10 | -5,486.06 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Kerr Child Support #1 | | | -78.66 | -2,438.46 |
| Kerr Child Support #2 | | | -68.68 | -2,129.08 |
| Tools & Supplies | | | | -125.00 |
| Uniform | | | | -206.34 |
| Gas, Tolls | | | | -0.90 |
| | | | -147.34 | -4,899.78 |
| **Net Pay** | | | 710.67 | 20,451.59 |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| **Employee Pay Stub** | | Check number: ACH080922J | | Pay Period: 07/22/2022 - 07/28/2022 | Pay Date: 08/09/2022 |
|---|---|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 27.07 | 7.25 | 196.26 | 8,327.74 |
| Installation Sick Ok | 16.00 | 7.25 | 116.00 | 174.00 |
| Commission | 369.09 | 100.00% | 369.09 | 21,786.65 |
| Install Overtime Hourly Rate | | | | 708.39 |
| Installer Vacation | | | | 406.00 |
| installation Holiday | | | | 116.00 |
| | 43.07 | | 681.35 | 31,518.78 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -28.00 | -2,095.00 |
| Social Security Employee | | | -42.24 | -1,954.16 |
| Medicare Employee | | | -9.88 | -457.02 |
| OK - Withholding | | | -19.00 | -1,079.00 |
| | | | -99.12 | -5,585.18 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Kerr Child Support #1 | | | -78.66 | -2,517.12 |
| Kerr Child Support #2 | | | -68.68 | -2,197.76 |
| Tools & Supplies | | | | -125.00 |
| Uniform | | | | -208.34 |
| Gas, Tolls | | | | -0.90 |
| | | | -147.34 | -5,047.12 |

| **Net Pay** | | | 434.89 | 20,886.48 |
|---|---|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | Check number: ACH081622J | Pay Period: 07/29/2022 - 08/04/2022 | Pay Date: 08/16/2022 |
|---|---|---|---|

**Employee**
Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 8,617.74 |
| Install Overtime Hourly Rate | 11.83 | 10.88 | 128.71 | 837.10 |
| Commission | 581.94 | 100.00% | 581.94 | 22,368.59 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 51.83 | | 1,000.65 | 32,519.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -66.00 | -2,161.00 |
| Social Security Employee | -62.04 | -2,016.20 |
| Medicare Employee | -14.51 | -471.53 |
| K - Withholding | -34.00 | -1,113.00 |
| | -176.55 | -5,761.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,595.78 |
| Kerr Child Support #2 | -68.68 | -2,266.44 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,194.46 |

| Net Pay | 676.76 | 21,563.24 |
|---|---|---|

COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

---

**Employee Pay Stub**  Check number: ACH082322J  Pay Period: 08/05/2022 - 08/11/2022  Pay Date: 08/23/2022

**Employee**
Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 38.82 | 7.25 | 281.45 | 8,899.19 |
| Commission | 468.55 | 100.00% | 468.55 | 22,837.14 |
| Install Overtime Hourly Rate | | | | 837.10 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 38.82 | | 750.00 | 33,269.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -36.00 | -2,197.00 |
| Social Security Employee | -46.50 | -2,062.70 |
| Medicare Employee | -10.88 | -482.41 |
| OK - Withholding | -23.00 | -1,136.00 |
| | -116.38 | -5,878.11 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,674.44 |
| Kerr Child Support #2 | -68.68 | -2,335.12 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,341.80 |

| Net Pay | 486.28 | 22,049.52 |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

**Employee Pay Stub**  Check number: ACH083022J   Pay Period: 08/12/2022 - 08/18/2022   Pay Date: 08/30/2022

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 38.77 | 7.25 | 281.08 | 9,180.27 |
| Commission | 721.37 | 100.00% | 721.37 | 23,558.51 |
| Install Overtime Hourly Rate | | | | 837.10 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 38.77 | | 1,002.45 | 34,271.88 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -67.00 | -2,264.00 |
| Social Security Employee | -62.16 | -2,124.86 |
| Medicare Employee | -14.53 | -496.94 |
| OK - Withholding | -35.00 | -1,171.00 |
| | -178.69 | -6,056.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,753.10 |
| Kerr Child Support #2 | -68.68 | -2,403.80 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,489.14 |

| **Net Pay** | **676.42** | **22,725.94** |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107


Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | | Check number: ACH090622J | Pay Period: 08/19/2022 - 08/25/2022 | Pay Date: 09/06/2022 |

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 9,470.27 |
| Install Overtime Hourly Rate | 3.97 | 10.88 | 43.19 | 880.29 |
| Commission | 695.66 | 100.00% | 695.66 | 24,254.17 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 43.97 | | 1,028.85 | 35,300.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -70.00 | -2,334.00 |
| Social Security Employee | -63.79 | -2,188.65 |
| Medicare Employee | -14.92 | -511.86 |
| OK - Withholding | -36.00 | -1,207.00 |
| | -184.71 | -6,241.51 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,831.76 |
| Kerr Child Support #2 | -68.68 | -2,472.48 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,636.48 |

| Net Pay | 696.80 | 23,422.74 |

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

---

**Employee Pay Stub** — Check number: ACH091322J — Pay Period: 08/26/2022 - 09/01/2022 — Pay Date: 09/13/2022

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 9,760.27 |
| Install Overtime Hourly Rate | 2.61 | 10.88 | 28.40 | 908.69 |
| Commission | 540.50 | 100.00% | 540.50 | 24,794.67 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| Installation Holiday | | | | 116.00 |
| | 42.61 | | 858.90 | 36,159.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -49.00 | -2,383.00 |
| Social Security Employee | -53.25 | -2,241.90 |
| Medicare Employee | -12.45 | -524.31 |
| OK - Withholding | -28.00 | -1,235.00 |
| | -142.70 | -6,384.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,910.42 |
| Kerr Child Support #2 | -68.68 | -2,541.16 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,783.82 |

| Net Pay | 568.86 | 23,991.60 |
|---|---|---|

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | | Check number: ACH092022J | | Pay Period: 09/02/2022 - 09/06/2022 | Pay Date: 09/20/2022 |
|---|---|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 34.32 | 7.25 | 248.82 | 10,009.09 |
| Commission | 885.78 | 100.00% | 885.78 | 25,680.45 |
| Install Overtime Hourly Rate | | | | 908.69 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 34.32 | | 1,134.60 | 37,294.23 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -82.00 | -2,465.00 |
| Social Security Employee | -70.34 | -2,312.24 |
| Medicare Employee | -16.46 | -540.77 |
| OK - Withholding | -41.00 | -1,276.00 |
| | -209.80 | -6,594.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -2,989.08 |
| Kerr Child Support #2 | -68.68 | -2,609.84 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -5,931.16 |

| Net Pay | 777.46 | 24,769.06 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107




Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130


---

| **Employee Pay Stub** | Check number: ACH092722J | Pay Period: 09/09/2022 - 09/15/2022 | Pay Date: 09/27/2022 |
|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 10,299.09 |
| Install Overtime Hourly Rate | 2.31 | 10.88 | 25.13 | 933.82 |
| Commission | 505.82 | 100.00% | 505.82 | 26,186.27 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 42.31 | | 820.95 | 38,115.18 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -45.00 | -2,510.00 |
| Social Security Employee | -50.90 | -2,363.14 |
| Medicare Employee | -11.90 | -552.67 |
| OK - Withholding | -26.00 | -1,302.00 |
| | -133.80 | -6,727.81 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -3,067.74 |
| Kerr Child Support #2 | -68.68 | -2,678.52 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -6,078.50 |

| **Net Pay** | **539.81** | **25,308.87** |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107

Mitchell Communications, Inc.
101 N Villa Ave
Oklahoma City, OK 73107

Randle L Kerr
97A Gayle Dr
Midwest City, OK 73130

| Employee Pay Stub | Check number: ACH100422J | Pay Period: 09/16/2022 - 09/22/2022 | Pay Date: 10/04/2022 |
|---|---|---|---|

**Employee**

Randle L Kerr, 97A Gayle Dr, Midwest City, OK 73130

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Install Reg Hourly Rate | 40.00 | 7.25 | 290.00 | 10,589.09 |
| Install Overtime Hourly Rate | 3.84 | 10.88 | 41.78 | 975.60 |
| Commission | 622.82 | 100.00% | 622.82 | 26,809.09 |
| Installer Vacation | | | | 406.00 |
| Installation Sick Ok | | | | 174.00 |
| installation Holiday | | | | 116.00 |
| | 43.84 | | 954.60 | 39,069.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -61.00 | -2,571.00 |
| Social Security Employee | -59.19 | -2,422.33 |
| Medicare Employee | -13.84 | -566.51 |
| OK - Withholding | -32.00 | -1,334.00 |
| | -166.03 | -6,893.84 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Kerr Child Support #1 | -78.66 | -3,146.40 |
| Kerr Child Support #2 | -68.68 | -2,747.20 |
| Tools & Supplies | | -125.00 |
| Uniform | | -206.34 |
| Gas, Tolls | | -0.90 |
| | -147.34 | -6,225.84 |

| Net Pay | 641.23 | 25,950.10 |
|---|---|---|

MITCHELL COMMUNICATIONS, INC., 101 N Villa Ave, Oklahoma City, OK 73107