## Notice Recipients

District/Off: 1087–5   User: admin   Date Created: 10/04/2022
Case: 22–12281   Form ID: 309A   Total: 39

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Randle Lee Kerr | 97A Gayle Dr. | Midwest City, OK 73130 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Kevin M. Coffey | 435 N. Walker Ste 202 | Oklahoma City, OK 73102 | |
| aty | Kenneth L Peacher, II | Peacher Law Firm | 4101 Perimeter Center Dr.   Suite 200 | Oklahoma City, OK 73112 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6690803 | Account Resolution Corp | Attn: Bankruptcy | 700 Goddard Ave | Chesterfield MO 63005 |
| 6690804 | Affiliated Management Services Inc | 5651 Broadmoor | Mission KS 66202 | |
| 6690806 | Alisa Ludolph | 97A Gayle Dr | Midwest City OK 73130 | |
| 6690805 | Alisa Ludolph | 97A Gayle Dr. | Midwest City OK 73130 | |
| 6690807 | Alliance Health Midwest | 2825 Parklawn Dr. | Oklahoma City OK 73110–4201 | |
| 6690808 | AmeriCredit/GM Financial | Attn: Bankruptcy | Po Box 183853 | Arlington TX 76096 |
| 6690809 | Ameripath Oklahoma City | Diagnostic Pathology Services | PO Box 740976 | Cincinnati OH 45274–0976 |
| 6690810 | Capital One | Attn: Bnakruptcy | P.O. Box 30285 | Salt Lake City UT 84130 |
| 6690811 | Chimef/str | Attn: Bankruptcy | Po Box 417 | San Francisco CA 94104 |
| 6690812 | Consumer Collection Management, Inc. | Attn: Bankruptcy | Po Box 1839 | Maryland Heights MO 63043 |
| 6690813 | Credit Collection Services | 725 Canton St. | Norwood MA 02062 | |
| 6690814 | Credit One Bank | Attn: Bankruptcy Department | Po Box 98873 | Las Vegas NV 89193 |
| 6690815 | Diagnostic Imaging Associates | PO Box 3205 | Indianapolis IN 46206–3205 | |
| 6690816 | Emergency Physicians of Midwest City | PO Box 734430 | Dallas TX 75373–0001 | |
| 6690817 | Enhanced Recovery Company | Attn: Bankruptcy | 8014 Bayberry Road | Jacksonville FL 32256 |
| 6690818 | Exeter Finance LLC | Attn: Bankruptcy | Po Box 166008 | Irving TX 75016 |
| 6690819 | Financial 1 | 1810 E. Lohman Ave. | Las Cruces NM 88001 | |
| 6690820 | FirstBank | 520 Summit Hill Dr., Suite 801 | Knoxville TN 37902 | |
| 6690821 | IC Systems, Inc | Attn: Bankruptcy | Po Box 64378 | St. Paul MN 55164 |
| 6690822 | Internal Revenue Service | Special Procedures Branch | 55 N Robinson Stop 5024 | Oklahoma City OK 73102 |
| 6690823 | Linebarger Groggan Blair | P O Box 950391 | Oklahoma City OK 73195–0391 | |
| 6690824 | Lynn & Co. Property Managerment LLC | Ian's Enterprise LLC | 9450 SW Gemini Dr. #3952S | Beaverton OR 97008 |
| 6690825 | Midwest Oklahoma Anesthesia Service | PO Box 1547 | Sedalia MO 65302–1547 | |
| 6690826 | Missouri Department of Revenue | Harry S Truman State Office Bldg | 301 West High St | Jefferson City MO 65101 |
| 6690827 | OKDHS | Attn: Bankruptcy | PO Box 248822 | Oklahoma City OK 73124 |
| 6690828 | Oklahoma Surgical Group PLLC | P O Box 6370 | Edmond OK 73083–6370 | |
| 6690829 | Oklahoma Tax Commission | Office of the General Counsel | 120 N. Robinson, Suite 2000W | Oklahoma City OK 73102–7801 |
| 6690830 | St Louis County | Collector of Revenue | 41 S Central Ave | Saint Louis MO 63105 |
| 6690831 | Stonetown Parkway LLC | c/o Stonetown Capital LLC | 720 S Colorado Blvd #1150–N | Glendale CO 80246 |
| 6690833 | TAB Services | 2448 E 81st St #4700 | Tulsa OK 74137–4250 | |
| 6690832 | Tab Services | Attn: Bankruptcy Department | 310 S. Racine Ave. | Chicago IL 60607 |
| 6690834 | The Dental Group | 13408 New Halls Ferry Rd | Florissant MO 63033 | |
| 6690835 | USDOE/GLELSI | Attn: Bankruptcy | PO Box 7860 | Madion WI 53707 |
| 6690836 | USDOE/GLELSI | Attn: Bankruptcy | PO Box 7860 | Madison WI 53707 |

TOTAL: 39