United States Bankruptcy Court

Western District of Oklahoma

In re:                                                                                                  Case No. 22-12281-SAH

Randle Lee Kerr                                                               Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 1087-5                                              User: admin                                               Page 1 of 3

Date Rcvd: Oct 05, 2022                                 Form ID: 309A                                      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randle Lee Kerr, 97A Gayle Dr., Midwest City, OK 73130-7619 |
| 6690805 | + | Alisa Ludolph, 97A Gayle Dr., Midwest City OK 73130-7619 |
| 6690807 | | Alliance Health Midwest, 2825 Parklawn Dr., Oklahoma City OK 73110-4201 |
| 6690809 | | Ameripath Oklahoma City, Diagnostic Pathology Services, PO Box 740976, Cincinnati OH 45274-0976 |
| 6690815 | | Diagnostic Imaging Associates, PO Box 3205, Indianapolis IN 46206-3205 |
| 6690816 | | Emergency Physicians of Midwest City, PO Box 734430, Dallas TX 75373-0001 |
| 6690819 | #+ | Financial 1, 1810 E. Lohman Ave., Las Cruces NM 88001-3174 |
| 6690821 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul MN 55164 |
| 6690823 | | Linebarger Groggan Blair, P O Box 950391, Oklahoma City OK 73195-0391 |
| 6690824 | + | Lynn & Co. Property Managerment LLC, Ian's Enterprise LLC, 9450 SW Gemini Dr. #3952S, Beaverton OR 97008-7105 |
| 6690825 | | Midwest Oklahoma Anesthesia Service, PO Box 1547, Sedalia MO 65302-1547 |
| 6690828 | | Oklahoma Surgical Group PLLC, P O Box 6370, Edmond OK 73083-6370 |
| 6690830 | + | St Louis County, Collector of Revenue, 41 S Central Ave, Saint Louis MO 63105-1759 |
| 6690831 | + | Stonetown Parkway LLC, c/o Stonetown Capital LLC, 720 S Colorado Blvd #1150-N, Glendale CO 80246-1904 |
| 6690833 | + | TAB Services, 2448 E 81st St #4700, Tulsa OK 74137-4293 |
| 6690832 | + | Tab Services, Attn: Bankruptcy Department, 310 S. Racine Ave., Chicago IL 60607-7402 |
| 6690834 | + | The Dental Group, 13408 New Halls Ferry Rd, Florissant MO 63033-3035 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kpeacher@nashfirm.com | Oct 05 2022 20:55:00 | Kenneth L Peacher, II, Peacher Law Firm, 4101 Perimeter Center Dr., Suite 200, Oklahoma City, OK 73112 |
| tr | + | EDI: QKMCOFFEY.COM | Oct 06 2022 01:03:00 | Kevin M. Coffey, 435 N. Walker Ste 202, Oklahoma City, OK 73102-1810 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Oct 05 2022 20:55:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Oct 05 2022 20:55:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 6690803 | + | Email/Text: jhill@arc1.biz | Oct 05 2022 20:55:00 | Account Resolution Corp, Attn: Bankruptcy, 700 Goddard Ave, Chesterfield MO 63005-1100 |
| 6690804 | + | Email/Text: amccoyams@yahoo.com | Oct 05 2022 20:55:00 | Affiliated Management Services Inc, 5651 Broadmoor, Mission KS 66202-2407 |
| 6690808 | + | EDI: PHINAMERI.COM | Oct 06 2022 01:03:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |

| District/off: 1087-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: 309A | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 6690810 | + | EDI: CAPITALONE.COM | Oct 06 2022 01:03:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 6690811 | ^ | MEBN | Oct 05 2022 20:54:31 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco CA 94104-0417 |
| 6690812 | + | Email/Text: stacy@consumercollection.com | Oct 05 2022 20:55:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights MO 63043-6839 |
| 6690813 | + | EDI: CCS.COM | Oct 06 2022 01:03:00 | Credit Collection Services, 725 Canton St., Norwood MA 02062-2679 |
| 6690814 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2022 21:01:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 6690817 | + | Email/Text: bknotice@ercbpo.com | Oct 05 2022 20:55:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 6690818 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 05 2022 21:01:25 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving TX 75016-6008 |
| 6690820 | + | Email/Text: mhbkr@firstbankonline.com | Oct 05 2022 20:55:00 | FirstBank, 520 Summit Hill Dr., Suite 801, Knoxville TN 37902-2006 |
| 6690821 | | EDI: LCIICSYSTEM | Oct 06 2022 01:03:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul MN 55164 |
| 6690822 | + | EDI: IRS.COM | Oct 06 2022 01:03:00 | Internal Revenue Service, Special Procedures Branch, 55 N Robinson Stop 5024, Oklahoma City OK 73102-9229 |
| 6690826 | + | Email/Text: ecfnotices@dor.mo.gov | Oct 05 2022 20:55:00 | Missouri Department of Revenue, Harry S Truman State Office Bldg, 301 West High St, Jefferson City MO 65101-1517 |
| 6690827 | + | Email/Text: css.bankruptcy@okdhs.org | Oct 05 2022 20:55:00 | OKDHS, Attn: Bankruptcy, PO Box 248822, Oklahoma City OK 73124-8822 |
| 6690829 | | Email/Text: bankruptcysecretary@tax.ok.gov | Oct 05 2022 20:55:00 | Oklahoma Tax Commission, Office of the General Counsel, 120 N. Robinson, Suite 2000W, Oklahoma City OK 73102-7801 |
| 6690836 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 05 2022 20:55:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison WI 53707-7860 |
| 6690835 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 05 2022 20:55:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madion WI 53707-7860 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6690806 | *+ | Alisa Ludolph, 97A Gayle Dr, Midwest City OK 73130-7619 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 1087-5 | User: admin | Page 3 of 3
Date Rcvd: Oct 05, 2022 | Form ID: 309A | Total Noticed: 38

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022          Signature:      /s/Gustava Winters

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Randle Lee Kerr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9796 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   **Western District of Oklahoma** | | Date case filed for chapter  **7**   **10/4/22** |
| Case number:   **22–12281** – **SAH** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/17

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Randle Lee Kerr | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 97A Gayle Dr. <br> Midwest City, OK 73130 | | |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth L Peacher II <br> Peacher Law Firm <br> 4101 Perimeter Center Dr. <br> Suite 200 <br> Oklahoma City, OK 73112 | | Contact phone 405–917–5000 <br> Email:  kpeacher@nashfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kevin M. Coffey <br> 435 N. Walker Ste 202 <br> Oklahoma City, OK 73102 | | Contact phone <br> 405/235–1497,405/606–7444 <br> Email:  kevin@harrisandcoffey.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Randle Lee Kerr**                                                                              Case number **22–12281**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am – 4:30pm<br><br>Contact phone (405) 609–5700<br><br>Date: 10/4/22 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2022 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference:**<br>**877–951–7693**<br>**Participant Code:**<br>**5359529** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/3/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**

**NOTICE OF TELEPHONIC 341 MEETING OF CREDITORS**

**DUE TO THE URGENCIES OF THE PUBLIC HEALTH CRISIS RELATED TO COVID−19, THIS MEETING WILL BE HELD BY TELEPHONIC MEANS.**

The Debtor(s) is required to **APPEAR BY PHONE** at the meeting of creditors on the date and time provided for the purpose of being examined under oath. Attendance **BY PHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Prior to the time provided, dial the telephone number and use the code provided to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and please do not select any other feature. If the automated attendant asks for a security code, one is not required. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible, to call from a quiet location, and to not use a "speaker" function or place the call on hold (as this may cause music or other noises to play during the meetings of other participants on the call).

Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

**<u>DO NOT COME TO THE COURTHOUSE.</u> THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**